|   |   |
|---|---|
| 1 | Your name: Denise Louise Dunmore |
| 2 | Address: C/O 1055 Greenbrook Pl |
| 3 | Fernley, NV 89408 |
| 4 | Phone Number: 775-720-7346 |
| 5 | E-mail Address: xtraboiny369@yahoo.com |
| 6 | *Pro se* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DENISE LOUISE DUNMORE

Plaintiff,

vs.

STATE OF NEVADA,
PUBLIC UTILITIES COMMISSION

Defendant.

Case Number: **3:25-cv-00119-CLB**

**ORDER GRANTING**
**MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

The Court has considered the Motion for Permission to Use and Register for Electronic Case Filing. Finding good cause, the Motion is GRANTED.

DATED: **February 28, 2025**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE